# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 16, 2017

155981

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

ROBERT ERWIN STUMPMIER,
     Defendant-Appellant.

SC: 155981
COA: 330145
Monroe CC: 14-041399-FH

_____/

     On order of the Court, the application for leave to appeal the April 25, 2017 judgment of the Court of Appeals is considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we REVERSE that part of the Court of Appeals judgment holding that the defendant failed to raise an effective challenge to the information contained in his presentence investigation report (PSIR), where defendant asserts a lack of record evidence that he distributed child sexually abusive material. We REMAND this case to the Monroe Circuit Court for consideration of the defendant's challenge to the accuracy of information contained in the PSIR. In all other respects, leave to appeal is DENIED, because we are not persuaded that the remaining questions presented should be reviewed by this Court.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 16, 2017



Clerk

p1115